## STATE v. ISAAC ATKINS.

Court of Quarter Sessions.   November, 1794.

*Wilson's Red Book, 40.*

---

[1] Manuscript reads, "plaintiff."

*Wilson* for defendant *instanter* (upon plea demanded and tried) moved for a term to go to trial in, and cited 4 Bl.Comm., and urged the inconvenience of being prepared to trial the first term without having considered his case or inquired for witnesses, etc.

PER CURIAM. We will not be bound by the practice in England in this respect; we will only give a term where we think it is necessary.

Defendant submitted and was fined two dollars, I believe.